# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN A. WALCOTT, JR.

NO. 2025 KW 1234

**MARCH 23, 2026**

---

In Re:    Steven A. Walcott, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 728672, 685155.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.** The district court dismissed relator's application for postconviction relief on June 23, 2025. Thus, he is not entitled to the relief he seeks from this court. See also La. Code Crim. P. arts. 928, 929, and 930(A). In the event relator elects to file a new writ application seeking review of the dismissal of his application for postconviction relief, he may do so without the necessity of obtaining a return date. The writ application must be filed in this court on or before June 22, 2026. The new application should include the documents necessary to address relator's claims and a copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT